# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERA BROKERS CONSOLIDATED - MURRAY,<br><br>Plaintiff,<br><br>v.<br><br>NINA BRITANNIA DUNN; DEREK EUGENE WOODS, JR,<br><br>Defendants. | Case No. 2:18-cv-01208-RFB-NJK<br><br>**ORDER** |

Before the Court comes this matter, removed by Defendant Nina Britannia Dunn on July 2, 2018. Defendant has filed an Application for Leave to Proceed *in forma pauperis*. (ECF No. 1). Defendant has also filed two lengthy documents that are titled Notices of Removal but appear to be a series of documents related to the underlying eviction proceeding. (ECF Nos. 1-1 and 1-2). In order to remove, a defendant is required to include a copy of all process, pleadings, and orders that have been served upon them. 28 U.S.C. § 1446(a). Without the underlying Complaint, it is impossible for the Court to determine whether federal jurisdiction is proper. Based on a review of the Notices of Removal, the Court does not have a basis for finding that the parties are diverse from each other or that a federal question is involved in this matter, such that jurisdiction would be proper under 28 U.S.C § § 1331 or 1332(a). The Court also finds that the Defendant has not satisfied the amount in controversy requirement as a result of not submitting the appropriate documents. The

Court has the authority to *sua sponte* remand a case for lack of jurisdiction any time before final judgment. 28 U.S.C. § 1447(c). In addition, the Court has the obligation to ensure its subject matter jurisdiction. Kwai Fun Wong v. Beebe, 732 F.3d 1030, 1036 (9th Cir. 2013) (citations omitted). The Court therefore remands this case, as it cannot find subject matter jurisdiction where no Complaint has been filed.

**IT THEREFORE IS ORDERED** that this case is remanded to Las Vegas Justice Court - Civil Evictions, case number 18E011658.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED: July 9, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**